JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-151C |
| Plaintiff, | ) | |
| | ) | ORDER ON STIPULATED MOTION |
| vs. | ) | TO EXTEND TIME |
| | ) | TO FILE INDICTMENT |
| KARAN ROBERTA ROBICHAUD, | ) | |
| Defendant. | ) | |

THE COURT having considered the entirety of the records and files herein including the parties' Stipulated Motion to Extend Time to File Indictment, finds and rules as follows:

1. This case involves a defendant who may be charged with alien smuggling, in violation of 8 U.S.C. § 1324. In particular the government alleges that Ms. Robichaud assisted in the illegal entry into the U.S. of five Indian nationals at the U.S./Canadian border;

2. It is hereby ORDERED that the Stipulated Motion to Extend Time to File Indictment is granted;

3. It is hereby further ORDERED that the time for the government to file an indictment is continued to June 8, 2005;

ORDER ON STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT - 1
(Karan Roberta Robichaud; CR05-151C)

4.   It is hereby further ORDERED that the period of delay from May 11, 2005 to June 8, 2005 is excludable time, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161 <u>et seq</u>.

5.   The Court FINDS that the period of time between May 11, 2005 and June 8, 2005 shall be excluded from computation under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), because it is unreasonable to expect adequate preparation within the time limits established by the Speedy Trial Act.

6.   The Court further FINDS that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy indictment.

IT IS SO ORDERED.

Dated this _20th_ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE