JUDGE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR05-0151C |
| Plaintiff, ) | |
| vs. ) | ORDER FOR TRAVEL EXPENSES TO SEATTLE |
| KARAN ROBERTA ROBICHAUD, ) | |
| Defendant. ) | |

It is hereby ORDERED that the United States Marshals Service arrange for the noncustodial transportation of Karan Roberta Robichaud, or fare for her transportation from Vancouver, British Columbia to Seattle, Washington, to arrive in Seattle to appear in United States District Court for the Western District of Washington on October 21, 2005, at 9:00 a.m.; and for Ms. Robichaud's subsistence during her stay in Seattle.

DATED this 19th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

//
//
//

ORDER FOR TRAVEL EXPENSES
TO SEATTLE - 1
(Karan Roberta Robichaud CR05-151-JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for Defendant Karan Roberta Robichaud
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org

ORDER FOR TRAVEL EXPENSES
TO SEATTLE  - 2
(Karan Roberta Robichaud CR05-151-JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100